# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1565
Lower Tribunal No. 2017-CF-5235

_____

JACARIS TURNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

May 16, 2025

PER CURIAM.

AFFIRMED. *See Maye v. State*, 368 So. 3d 531, 532 (Fla. 6th DCA 2023), *review granted*, SC2023-1184, 2024 WL 1796831 (Fla. Apr. 25, 2024).

TRAVER, C.J., and MIZE and BROWNLEE, JJ., concur.

Jacaris Turner, Carrabelle, pro se.

James Uthmeier, Attorney General, Tallahassee, and Deborah A. Chance, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED